IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| KAYLA T. HELD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:05-CV-397 |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## **JUDGMENT ON DECISION BY THE COURT**

This case came before the court on the defendant's Motion for Summary Judgment [doc. 15] and the plaintiff's Motion [doc. 7]. The Honorable R. Leon Jordan, United States District Judge, having rendered a decision on the parties' motions,

It is **ORDERED and ADJUDGED**

that the final decision of the defendant Commissioner is **AFFIRMED**, and this action is **DISMISSED**.

Dated at *Knoxville, Tennessee*, this 11th day of May, 2006.

                                            /s/ Patricia L. McNutt
                                           PATRICIA L. McNUTT
                                           CLERK OF COURT